# UNITED STATES  DISTRICT COURT

## Northern District of California

ABITSCH & ABITSCH LLC

No. C 11-04833 MEJ

                    Plaintiff(s),

**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

        v.

DARUKA WANIGATUNGA

                    Defendant(s).

_____/

Pending before the Court is Plaintiff's motion to remand.  Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to magistrate judge jurisdiction jurisdiction.  This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition.  Accordingly, Plaintiff shall inform the Court whether it consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial.  A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, choose "Forms" and then "Civil Forms."  The consent/declination form shall be filed by October 6, 2011.

**IT IS SO ORDERED.**

Dated: October 4, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge